IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-090 |
| | ) | |
| LEANN NICOLE FAIRCLOTH | ) | |

**O R D E R**

The Court appointed attorney Wendell E. Johnston, Jr. to represent Defendant on October 28, 2022, pursuant to the Criminal Justice Act ("CJA"). Because Mr. Johnston has a conflict of interest and is unable to represent Defendant, the Court **TERMINATES** his appointment and **APPOINTS** as substitute counsel, Jon E. Ingram, P.O. Box 2426, Augusta, Georgia 30903. The government shall turn over all discovery materials to Mr. Ingram upon receipt of this Order. In addition to serving Mr. Johnston and the government, the Court **DIRECTS** the Clerk to serve this Order on Mr. Ingram and Defendant.

SO ORDERED this 15th day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA